UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mwika H. Mulumba

_____

  Write the full name of each plaintiff.

                          -against-

Partners Group (USA) Inc

Partners Group AG

Partners Group Holding AG

Partners Group (UK) Ltd

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes      ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☑    **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
rights regarding fraud

rights regarding breach of contract

rights regarding invasion of privacy

rights regarding retaliation

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ___Mwika H. Mulumba_____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

the Democratic Republic of the Congo_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, Partners Group (USA) Inc , is incorporated under the laws of

the State of New York

and has its principal place of business in the State of New York and/ or Colorado

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Mwika | H | Mulumba |
|---|---|---|
| First Name | Middle Initial | Last Name |

7 Rockhall Road

Street Address

| London | | United Kingdom | NW2 6DT |
|---|---|---|---|
| County, City | | State | Zip Code |

| +447938473525 | harmoniem@icloud.com |
|---|---|
| Telephone Number | Email Address (if available) |

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Partners Group (USA) Inc
_____
First Name                    Last Name

(incorporated in New York with principal business in NY & Colorado)
_____
Current Job Title (or other identifying information)

1114 Avenue of the Americas, 37th Floor
_____
Current Work Address (or other address where defendant may be served)

New York                    New York          10036
_____
County, City                State             Zip Code

Defendant 2:

Partners Group AG
_____
First Name                    Last Name

(incorporated in Zug with principal business in Zug)
_____
Current Job Title (or other identifying information)

Zugerstrasse 57
_____
Current Work Address (or other address where defendant may be served)

Baar-Zug                    Switzerland        6341
_____
County, City                State             Zip Code

Defendant 3:

Partners Group Holding AG
_____
First Name                    Last Name

(incorporated in Zug with principal business in Zug)
_____
Current Job Title (or other identifying information)

Zugerstrasse 57
_____
Current Work Address (or other address where defendant may be served)

Baar-Zug                    Switzerland        6341
_____
County, City                State             Zip Code

Defendant 4:    **Partners Group (UK) Ltd**

First Name                        Last Name

**(incorporated in UK with principal business in UK)**

Current Job Title (or other identifying information)

**33 Charterhouse Street, London,**

Current Work Address (or other address where defendant may be served)

**London, United Kingdom, EC1M 6HA**

County, City                        State                        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    New York City, San Francisco, Zug (Switzerland), London (UK)

Date(s) of occurrence:    May 2015 - April 2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see the attached.

This claim is borne of a longstanding dispute with my former employer, Partners Group. Alternative dispute resolution has not been successful.

The repeated instances of fraud, breach of contract, violation of privacy and retaliation began before my first day at Partners Group and extended beyond my 31 August 2024 dismissal. Records show that employees across at least the firm's London, Zug (Switzerland) and US offices were involved in
1) Luring me to close my valuable MBA recruitment window (during which I was notably contacted and interviewed by some of the most respected companies in the world) by presenting an employment relationship (largely packaged as the "Associate Program") and employment benefits that were contrary to those that Partners Group actually delivered.

2) Repeatedly violating my medical privacy.

3) Repeatedly changing the nature of employment relationship and employment benefits, without agreement.

4) Failing to reasonably investigate my formal written complaints.

5) Presenting bonus payments as a significant portion of my compensation package, but ~~not considering me for a 2017/2018 cycle bonus.~~

6) Acting in bad faith with regards to my attempts to recoup overpaid US taxes.

7) Withholding vested shares after conclusion of my employment on 31 August 2018.

8) Acting in bad faith by claiming that I engaged in gross misconduct that justified withholding my vested shares.

9) Acting in bad faith with regards to claiming that I owed the firm unpaid tax liabilities.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The aforementioned actions have resulted in medical, emotional, financial and ~~reputational harm. I have required and received treatment via both prescribed counseling~~ therapy and prescribed drug therapy.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I ask the court to order written and public acknowledgement of wrongdoing in addition to ~~$16,390,000 in financial compensation.~~

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3 September 2024 | | *Mwika H. Mulumba* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Mwika | H | Mulumba |
| First Name | Middle Initial | Last Name |
| 7 Rockhall Road | | |
| Street Address | | |
| London | United Kingdom | NW2 6DT |
| County, City | State | Zip Code |
| +447938473525 | | harmoniem@icloud.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



---

## CLAIMANT  CHRONOLOGY

---

|  |  |
|---|---|
| **July 2015** | The Claimant's start date is pushed back by a month

The Claimant's start location is changed from the New York City headquarters of Partners Group US to its San Francisco satellite office |
| **21 September 2015** | The Claimant's employment commences in the San Francisco satellite office of Partners Group US. The Claimant's first rotation in the **San Francisco Real Estate Team** commences — managed by Baylor Miller |
| **29 January 2016** | The Claimant's **1st performance review meeting** is held — led by Baylor Miller (San Francisco Real Estate |

1

Primaries), with Jennifer Haas (US Associate Program Manager) also in attendance **[C/ 282 – 284]**

| | |
|---|---|
| **January 2016** | The Claimant's second rotation on the **San Francisco Private Equity Primaries Team** commences — managed by Jennifer "Jennie" Haas |
| **February 2016** | The **closure of Partners Group US' San Francisco** satellite office is announced more widely |
| **1 April 2016** | The Claimant's **2nd performance review meeting** is held — led by Jennifer "Jennie" Haas (in her capacity as Head of the US Private Equity Primaries Team), and with Christian Truempler (the Human Resources Department AVP assigned to the Associate Program) also in attendance **[F/ 1 – 4]** |
| **April 2016** | The Claimant's third rotation on the **New York Private Debt Team** commences — managed by Christopher Hardison |

| | |
|---|---|
| **April 2016** | The Claimant, Megan Burke Leeds and other new joiners travel from New York City to Zug, Switzerland to attend the **Wildspitz new joiners offsite (hosted by Juri Jenkner) [C/ 304]** |
| **June 2016** | AVP Thomas (Tom) McArdle replaces MD Jennifer (Jennie) Haas as the US Associate Program Manager |
| **7 July 2016** | The Claimant's **3rd performance review meeting** is held — led by Christopher Hardison (New York Debt Team), and with Christian Truempler  (the Human Resources Department AVP assigned to the Associate Program) also in attendance **[F/ 5 − 10]** |
| **July 2016** | The Claimant's post-study US work authorisation expires |
| **July 2016** | The Claimant's fourth rotation on the **Zug PG Impact Investments Team** commences (to be ultimately cut short due to the Claimant's medical leave). Rotation managed by Urs Baumann |

3

| | |
|---|---|
| **29    August    -    November 2016** | **The Claimant is unwell and requires surgery.** In October, she returns to the USA for medical treatment/ surgery (that can presumably be covered by her Partners Group USA <u>health</u> insurance plan) |
| **December 2016** | The Claimant's fifth rotation on the **Zug Real Estate Asset Management Team** commences — managed by Sergej Kalashnikow |
| **25 January 2017** | Following the Claimant's return from medical leave, the Global Head of Human Resources, Amelia Raess, and the Chair of the Global Investment Committee, Rene Biner, decide to **brief the firm's Global Executive Committee and/ or the firm's General Counsel, Andreas Knecht, on the Claimant's employment [C/ 700]** |
| **29 March 2017** | The Claimant's **4th performance review meeting** is held — led by Sergej Kalashnikow (Real Estate Asset Management) **[F/ 21 − 26]** |
| **March    2017    to August 2017** | The Claimant's sixth rotation on the **London Infrastructure Team** commences |

4

|  | US Associate Program Manager, Thomas (Tom) McArdle, tells Infrastructure Team hiring manager, Esther Peiner that the Claimant was diagnosed with cancer (paragraph 67 of Esther Peiner's witness statement) |
|---|---|
| **9 August 2017** | The Claimant makes **complaints of discrimination and harassment** to London Infrastructure Team Vice President, Angel Garcia-Altozano **[C/ 3212, 3214]** |
| **11 August 2017 – 20 September 2017** | The Claimant is **left without a rotation for over a month** (from 11 August 2017 until 20 September 2017) |
| **25 August 2017** | The Global Head of Human Resources, Amelia Raess, signs off on a written update to the Global Executive Committee that **(incorrectly) states that the Claimant was diagnosed with cancer [C/ 1788 – 1790] [F/ 27 – 29]** |
| **30 August 2017** | Meeting between the Claimant, Christian Truempler and Thomas (Tom) McArdle to discuss the Claimant's journey and next team |

| | |
|---|---|
| **20 September 2017** | The Claimant is placed on the **London Listed Private Markets Team** (with the normal understanding that she would be considered for a seat on the team, without prejudice **[C/ 2245 – 2246]**). The Claimant is managed by Reto Munz |
| **12 December 2017** | During a meeting with the Claimant, the Head of the Listed Private Markets Team (Reto Munz), reveals to the Claimant that before her rotation began, he was told that she was not to be considered like a normal Associate Program member and that she was rather **considered a leaver by the powers that be** |
| **3 January 2018** | The **Claimant's lawyer issues the Respondents with a formal written complaint** of discrimination, harassment and retaliation **[C/ 2352 – 2357]** |
| **8 January 2018** | HR VP, Amanda Evans, invites Christian Truempler to a "Quick briefing on Harmonie" **[C/ 2368]** |
| **23 January 2018** | Reto Munz writes an email to the Claimant asking how "the job search" is going. <br><br> The Claimant does not respond to Reto Munz's email. |

6

|  | Mr Munz forwards the email he sent to the Claimant to Christian Truempler. **[C/ 2413]** |
|---|---|
| **22 January – 1 February 2018** | Tracey Levy, an attorney for the Respondents **[F/ 2413]**, conducts interviews for the Respondents' internal investigation report. |
|  | The Claimant, Juri Jenkner, Esther Peiner, Rene Biner, Angel Garcia-Altozano, Brandon Prater and Pamela Alsterlind are interviewed by Tracey Levy **[C/ 2438 – 2449, 3189 – 3197, 3203 – 3221]** |
| **16 February 2018** | Internal investigation report finalised by the Respondents' attorney (Tracey Levy). **[C/ 2502 – 2514]** |
| **27 February 2018** | Claimant given results of the internal investigation conducted by the Respondents' attorney (Tracey Levy) via a phone call with HR's Amelia Raess and Amanda Evans **[C/ 2487 – 2489] [C/ 3290]** |
| **21 March 2018** | Christian Truempler asks Thomas (Tom) McArdle to sign off on an email stating that a supposed "accommodation period" was discussed and agreed with the Claimant on a day 8 months prior. Thomas (Tom) McArdle obliges **[C/ 2528 – 2529]** |

7

| | |
|---|---|
| **April 2018** | Thomas (Tom) McArdle leaves Partners Group under a cloud of sexual harassment allegations |
| **1 May 2018** | Benno Luechinger states, with reference to the Claimant's employment, **"Very confidentially, this is a very special case handled directly by Rene and Christian Truempler." [C/ 2610]** |
| **6 June 2018** | The Claimant's first Early Conciliation Certificate is issued by ACAS **[C / 2656]** |
| **2 July 2018** | The Global Head of Human Resources and Partners Group's General Counsel agree that Christian Truempler should fly from Zug, Switzerland to London to terminate the Claimant in person **[C/ 2699]** "Christian T would love to go to London, but maybe a tele conference would do the job (with Gabriela on site). If she is again sick, he would travel for nothing." |
| **3 July 2018** | Prabal Sidana produces feedback on the Claimant that he emails to Reto Munz **[C/ 2700]** |

8

| | |
|---|---|
| **5 July 2018** | After arriving in London to terminate her (as per the above 2 July 2018 chronology entry), Christian Truempler sends the Claimant a meeting request for an impromptu same day afternoon "catch up". |
| | When the Claimant arrives for the "catch up", it is instead a meeting between the Claimant, Christian Truempler and Gabriela Reimer **[C/ 2704 – 2715]** during which the Claimant is issued with a letter stating that her employment will be terminated on 31 August 2018. **[C7/2703]** |
| **6 July 2018** | The Claimant sends a Data Subject Access Request (DSAR) to the Respondents, requesting that all of her data held by the Respondents be provided to her |
| **17 July 2018** | The Respondents write to the Claimant stating that they require the Claimant's "assistance in clarifying the scope of her request" |
| **2 August 2018** | The Respondents provided the Claimant with just 4 documents (in spite of the Claimant having restated that she had requested and was entitled to all of her data held by the Respondents) |

9

| | |
|---|---|
| **7 August 2018** | After the deadline laid out by the Data Protection Act 2018, the Respondents wrote to the Claimant to say that they would not be willing or able to provide any further documents for a further two months |
| **31 August 2018** | The Claimant's employment terminates |
| **September 2018** | The Respondents **claim that the Claimant's vested Entry Shares have been released to her** (although she has not received them) |
| **7 December 2018** | The Respondents send further DSAR documents (over 5 months after the DSAR was made).<br><br>The still incomplete disclosure does not include the specifically requested unabridged version of the minutes from the Claimant's 5 July 2018 meeting with Christian Truempler and Gabriella Reimer |
| **28 December 2018** | The Claimant's second and third Early Conciliation Certificates are issued by ACAS **[C/ 3112 − 3113]** |

10

**28 January 2019**     The Claimant issues her ET1

**April 2020**     The Claimant adds victimisation claim, following from the Respondents now expressly refusing to release her vested Entry Shares (versus characterising the lack of receipt as a technical issue)