UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MWIKA H. MULUMBA,

                     Plaintiff,

-against-

PARTNERS GROUP (USA) INC., ET AL.,

                     Defendants.

24 CIVIL 6909 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 16, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 21, 2025
             New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge